On petition for reconsideration of an order certifying ballot title filed March 21 (340 Or 309), reconsideration allowed; ballot title referred to Attorney General for modification April 6, modified ballot title certified April 21, 2006
See 340 Or 485, 135 P3d 319 (2006)

Margaret Murphy CARLEY
and Pat McCormick,
*Petitioners,*

*v.*

Hardy MYERS,
Attorney General,
State of Oregon,
*Respondent.*

(SC S53114)

132 P3d 657

Gregory A. Chaimov, of Davis Wright Tremaine LLP, Portland, filed the petition for reconsideration for petitioners. With him on the petition was John A. DiLorenzo, Jr., Portland.

DURHAM, J.

## DURHAM, J.

On March 21, 2006, this court by order certified to the Secretary of State the ballot title that the Attorney General had certified for Initiative Petition 104 (2006). Petitioners seek reconsideration of that order under ORAP 11.30(12)(a).

The focus of the petition for reconsideration is the following sentence in the summary:

"Requires assignment of nursing assistant and either a nurse or 'CMA' for each resident * * *."

Petitioners point out that they had objected to the reference to "CMA" in the Attorney General's ballot title as an unfamiliar, undefined term that would cause confusion. They also point out that this court recently addressed a similar objection to an identical abbreviation in another ballot title and required the Attorney General on referral to revise the reference to "CMA." *Carley / Towers v. Myers*, 340 Or 222, 233, 132 P3d 658 (2006) (requiring referral because abbreviation "CMA" in summary "will lead to unnecessary confusion on the part of voters and petition signers").

We agree with petitioners. Accordingly, we allow the petition for reconsideration. Because the reference in the summary to "CMA" requires modification to comply with ORS 250.035(2)(d), we will refer the ballot title to the Attorney General for modification under ORS 250.085(8).

Reconsideration allowed. Ballot title referred to Attorney General for modification.